IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEVEN S. ABERG, SR., | § | |
| | § | No. 561, 2019 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Family Court |
| | § | of the State of Delaware |
| TINA JOHAL, | § | |
| | § | File No. CK09-02326 |
| Petitioner Below, | § | Petition No. 19-05835 |
| Appellee. | § | |

Submitted: July 6, 2020
Decided: July 9, 2020

## **ORDER**

It appears to the Court that, on March 23, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Steven S. Aberg, Sr., to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Aberg received the notice to show cause on March 26, 2020. A timely response to the notice to show cause was due on or before April 6, 2020. Under the Court's emergency orders that extended filing deadlines due to the COVID-19 pandemic, the deadline for Aberg's filing of his opening brief was extended through July 1, 2020. To date, Aberg has not responded to the notice to show cause nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice